# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT MILLER,<br><br>Petitioner,<br><br>v.<br><br>FELICIA PONCE,<br><br>Respondent. | No. CV 21-06985-MCS (DFM)<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///

///

///

///

///

IT IS THEREFORE ORDERED that Respondent's Motion to Dismiss is GRANTED and that Judgment shall be entered dismissing this action without prejudice.

Date: March 28, 2022

_____
MARK C. SCARSI
United States District Judge