# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT MILLER, | No. CV 21-06985-MCS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| FELICIA PONCE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Date: March 28, 2022

MARK C. SCARSI
United States District Judge